# IN THE UNITED STATES BANKRUPTCY COURT
# IN THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                BANKRUPTCY NO: 07-13398

LATONYA BEARD

5689 HIGHWAY 309 S

BYHALIA MS 386119220

## NOTICE AND MOTION TO DISMISS

**COMES NOW**, Locke D. Barkley, the duly appointed and qualified Standing **TRUSTEE** in the above cause and moves to dismiss the above proceeding for the reason that the **DEBTOR** has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

**NOTICE IS HEREBY GIVEN**, to the **DEBTOR** herein, that unless the below required sum is received by the **TRUSTEE**, or a written responsive pleading is filed with the Clerk of the Court with a copy to the **TRUSTEE** prior to the below depicted due date, the Chapter 13 proceeding of the above **DEBTORS** will be dismissed.

**WHEREFORE, TRUSTEE** moves this Court to enter its Order of Dismissal unless said sum is received as set out herein or said responsive pleading is properly filed.

| | | |
|---|---|---|
| **DATED: 3/19/09** | Locke D. Barkley<br>Chapter 13 Trustee<br>P.O. Box 321473 | Locke D. Barkley<br>Chapter 13 Trustee<br>P. O. Box 55829 |
| **AMOUNT DUE: $1714.00**<br>(As of 3/17/09 thru end of March 2009)<br>Plus accruing payments | Flowood Ms 39232-1473<br>**(PAYMENTS ONLY)** | Jackson Ms 39296-5829<br>(601) 355-6661<br>**(CORRESPONDENCE)** |

**DATE DUE: 4/8/09**

## CERTIFICATE OF SERVICE

I, Locke D. Barkley, Standing Trustee, do hereby certify that I have electronically filed the foregoing with the Clerk of Court using CM/ECF system, and hereby further certify that I have served a copy of the foregoing upon the debtor(s), debtor's attorney of record and to the Office of the U.S. Trustee via electronic notice or mail.

**DATED: 3/19/09**

/s/ Locke D Barkley
LOCKE D. BARKLEY
CHAPTER 13 TRUSTEE

DEBTOR'S ATTORNEY

KAREN SCHNELLER
JONES & SCHNELLER
P O BOX 417
HOLLY SPRINGS MS 386350417